CYRUS O. BAKER, RESPONDENT, *v.* JOHN ARNOT, JR., EXECUTOR, ETC., APPELLANT.

APPEAL from a judgment in favor of the plaintiff entered upon the verdict of a jury, and from an order denying a motion for a new trial. The General Term reversed the judgment on the ground that the court had submitted to the jury a question, when the evidence in the case was not sufficient to justify it in so doing.

*Ira Shafer*, for the appellant.

*Jos. P. Osborne*, for the respondent.

Opinion by BARNARD, P. J.

Present — BARNARD, P. J., TAPPEN and TALCOTT, JJ.

TAPPEN, J., dissented.

Judgment and order reversed and new trial granted, costs to abide the event.